# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL PAUL STARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-13-700-F |
| | ) |
| OFC. KOBER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 3, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, wherein he recommended that plaintiff, Daniel Paul Starr's motions for preliminary injunctive relief (doc. nos. 3, 8, 21, 32 and 37) be denied.

Mr. Starr has filed a timely objection to Magistrate Judge Goodwin's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Goodwin. The court agrees that Mr. Starr has failed to allege sufficient facts to establish that he will suffer irreparable harm in the absence of preliminary injunctive relief. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on February 3, 2014 (doc. no. 56) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Plaintiff, Daniel Paul Starr's motions for preliminary injunctive relief (doc. nos. 3, 8, 21, 32, and 37) are **DENIED**.

DATED March 26, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0700p003.wpd