# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL PAUL STARR, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-13-700-F ) |
| OFC. KOBER, et al., | ) ) |
| Defendants. | ) |

## ORDER

On July 23, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, recommending that plaintiff's motions at doc. nos. 64 and 65, to the extent they request preliminary injunctive relief, be denied. Magistrate Judge Goodwin advised plaintiff of the right to file an objection to the Report and Recommendation by August 13, 2014 and further advised him that failure to timely object waives the right to appellate review of both factual and legal issues therein contained.

To date, plaintiff has neither filed an objection to the Report and Recommendation, nor sought an extension of time to file an objection. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, plaintiff's motions at doc. nos. 64 and 65, to the extent they request preliminary injunctive relief, are **DENIED**.

DATED August 28, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE